139265

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 02-277 (DSD/JMM)

CLERK U.S. DIST. COURT ST. PAUL, MN
02 MAR -4 PM 4:42
RECEIVED

# PETITION FOR ADMISSION PRO HAC VICE

**Affidavit of Movant**

I, Kurt J. Niederluecke, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Valerie M. Goo, an attorney admitted to practice in the U.S. District Court for the Central District of California, but not admitted to the bar of this Court, who will be counsel for the Defendant Casio Communications, Inc., a Delaware corporation, in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of this case, and that I accept service of all papers served.

3/01/02 (Date) — [signature] (Signature)

Minnesota Attorney
License Number: 271597

Law Firm: BRIGGS AND MORGAN
Suite/Bldg: 2200 First National Bank Building
Street Address: 332 Minnesota Street
City State Zip: Saint Paul, MN 55101
Telephone: (651) 223-6600

**Affidavit of Proposed Admittee**

I, Valerie M. Goo, am currently a member in good standing of the U. S. District Court for the Central District of California, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must accept service of all papers served.

Case Number: 02-CV-277 (DSD/JMM) Judge Assigned: David S. Doty

Case Title: Millar Company v. Casio Communications, Inc., a Delaware corporation.

2/26/02 (Date) — Valerie M. Goo (Type/Print Name) — [signature] (Signature)

575 74 1478 (Social Security No.) — 187334 (Atty. License No.) — 12/96 (Date of Admission)

Law Firm: Pillsbury Winthrop LLP
Suite/Bldg: Suite 2800
Street Address: 725 S. Figueroa Street
City State Zip: Los Angeles, CA 90017
Telephone: (213) 488 7100

Motion Granted: [signature]
For the Court, Richard D. Sletten, Clerk mmc

Date MAR 05 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED MAR 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1374840v2