**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case File No. 02-277 (DSD/JMM)

Millar Company,

Plaintiff,

v.

Casio Communications, Inc.,

Defendant.

**DISMISSAL WITH PREJUDICE**

The undersigned party, Millar Company, hereby dismisses all claims that it has against defendant Casio Communications, Inc. with prejudice and without costs.

Dated: 6/19/02

MILLAR COMPANY

By Robert Bossman

Its Partner

Pursuant to the foregoing dismissal with prejudice, it is hereby ORDERED, that the above-captioned matter is hereby dismissed with prejudice and without costs to any party.

Dated: 7/16/02

United States ~~Magistrate~~ Judge

FILED 7-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________